UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ENTRAL GROUP INTERNATIONAL, LLC,

                Plaintiff,

      -against-

SUN SPORTS BAR INC., et al.

                Defendants.

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**

05-CV-4836 (CBA)

---

AMON, UNITED STATES DISTRICT JUDGE

      On February 7, 2007, the Court referred this case to the Honorable Marilyn D. Go, United States Magistrate Judge, for a Report and Recommendation on a motion by plaintiff Entral Group International, LLC for entry of default judgment against defendants Sun Sports Bar Inc., Fortune and Michael Yu and calculation of damages and attorneys' fees.

      This Court has received the well-reasoned report of Magistrate Judge Go, recommending that (1) plaintiff be awarded $2,100,000 in statutory damages under 17 U.S.C. § 504(c); (2) plaintiff be awarded $49,975.56 in attorney's fees and costs; (3) defendants be permanently enjoined from copying, distributing, performing, or otherwise infringing plaintiff's Works; and (4) plaintiff be granted an order of forfeiture with respect to defendant's physical copies of the Works and machines, devices, or equipment that store copies of the Works. No party has objected to the Report and Recommendation. The Court hereby adopts the Report and Recommendation of September 12, 2007 as its opinion.

1

The Clerk of the Court is directed to enter judgment in accordance with this Order and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
September 28, 2007

Carol Bagley Amon
United States District Judge